earned by plaintiff's assignee in negotiating the sale of defendant's capital stock.

*Walter Carroll Low* for appellant.

*Theodore B. Richter* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

SOLOMON L. PAKAS, Respondent, *v.* WALTER J. CLARKE, Appellant.

*Pakas* v. *Clarke*, 136 App. Div. 492, affirmed,
(Submitted June 13, 1911; decided October 3, 1911.)

APPEAL from so much of a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 12, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, as awards costs to the plaintiff.

*William L. Stone* and *Albert I. Sire* for appellant.

*John Frankenheimer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

WILSON R. HUNTER, Appellant, *v.* ALEXANDER S. BACON, Respondent.

*Hunter* v. *Bacon*, 135 App. Div. 920, affirmed.
(Argued June 13, 1911; decided October 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered December 28, 1909, affirming a judgment in favor of defendant entered upon a verdict in an action to recover upon promissory notes.

*Louis Sturcke* for appellant.

*Alexander S. Bacon* respondent in person.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.